JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS WHEELER and CYNTHIA WHEELER,<br><br>    Plaintiffs,<br><br>         v.<br><br>COUNTY OF ORANGE, SHANE L. SILEBY, SOCORRO VILLEGAS, and DOES 1–100,<br><br>    Defendants. | Case No. 8:20-cv-01264-MCS-DFM<br><br>**JUDGMENT** |

Pursuant to the Court's Order Dismissing Case, it is ordered, adjudged, and decreed that judgment is entered in favor of Defendants County of Orange, Shane L. Sileby, and Socorro Villegas and against Plaintiffs Curtis and Cynthia Wheeler. The case is dismissed with prejudice, and Plaintiffs shall take nothing from this action.

**IT IS SO ORDERED.**

Dated: July 11, 2022

*[signature: Mark C. Scarsi]*

MARK C. SCARSI
UNITED STATES DISTRICT JUDGE